UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PEDRO ANDRES RAMIREZ,

Petitioner,

v.

CHRISTOPHER CHESTNUT,

Respondent.

No. 1:26-cv-06963-DAD-JDP

ORDER DIRECTING RESPONDENT TO FILE SUPPLEMENTAL BRIEFING

On August 31, 2026, petitioner filed a *pro se* petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 challenging his detention by United States Immigration and Customs Enforcement ("ICE"). (Doc. No. 1.) as well as a motion for a temporary restraining order ("TRO") seeking his immediate release from immigration detention. (Doc. No. 2.) On September 2, 2026, the court issued an order directing respondent to file an opposition to the pending motion. (Doc. No. 5.) A review of the docket reveals that, on October 26, 2026, the court's order setting a briefing schedule was returned as undeliverable after attempts to serve that order on petitioner were made. As such, there is reason to believe that petitioner is no longer in custody and that the pending petition and motion may have been rendered moot.

/////

For these reasons, the court directs respondent to file a status report regarding petitioner's custody status no later than three (3) days from the date of issuance of this order.

IT IS SO ORDERED.

Dated: **November 16, 2026**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE