UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PEDRO ANDRES RAMIREZ,

Petitioner,

v.

CHRISTOPHER CHESTNUT,

Respondent.

No. 1:26-cv-06963-DAD-JDP

ORDER DENYING HABEAS PETITION AND PETITIONER'S MOTION FOR A TEMPORARY RESTRAINING ORDER

(Doc. Nos. 1, 2)

On August 31, 2026, petitioner filed a *pro se* petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 challenging his detention by United States Immigration and Customs Enforcement ("ICE"). (Doc. No. 1.) as well as a motion for a temporary restraining order seeking his immediate release from immigration detention. (Doc. No. 2.) However, thereafter it appeared from a review of the immigration detainee online locator that petitioner was no longer in immigration custody.[1] Accordingly, on November 16, 2026, the court ordered respondent to file a supplemental brief to indicate petitioner's current immigration detention status. (Doc. No. 7.) On November 18, 2026, respondent reported that, in fact, petitioner is no longer in immigration

[1] In addition, the court notes that its September 2, 2026 order which was served on petitioner by mail at his address of record was returned to the court on October 26, 2026 by the U.S. Postal Service marked as "undeliverable, perm out" and petitioner has filed nothing with this court since his petition and motion for a temporary restraining order were submitted.

detention because he has been released on bond. (Doc. No. 8.) Accordingly, the pending petition and motion for a temporary restraining order have been rendered moot and will be dismissed without prejudice on that basis.

Thus,

1. Petitioner's petition for writ of habeas corpus (Doc. No. 1) and motion for a temporary restraining order (Doc. No. 2) are DISMISSED WITHOUT PREJUDICE as having been rendered moot in light of petitioner's release from immigration detention on bond; and

2. The Clerk is directed to mark this case as CLOSED.

IT IS SO ORDERED.

Dated: **November 20, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE